UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

UNITED STATES OF AMERICA

　　　　　-v.-　　　　　　　　　　　　　　　　　22 Cr. 73 (JFK)

COREY SAMERSON,　　　　　　　　　　　　　ORDER
　a/k/a "Capo,"

　　　　　　　　　　　　　　Defendant.
--------------------------------------------------------------- X

JOHN F. KEENAN, United States District Judge:

　　　Upon the application of the United States of America, by and through DAMIAN WILLIAMS, United States Attorney for the Southern District of New York, MADISON REDDICK SMYSER, Assistant United States Attorney, of counsel, and with the consent of COREY SAMERSON, a/k/a "Capo," by and through his attorney, AMY GALLICCHIO, it is hereby ORDERED that the time from the date of this order until February 22, 2022, is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

　　　The Court finds that the ends of justice served by granting this exclusion outweigh the best interest of the public and the defendant in a speedy trial because granting an exclusion will allow the parties to begin gathering, producing, and reviewing discovery; will ensure the effective representation of counsel in light of difficulties in attorney-client communication occasioned by the COVID-19 pandemic; and will reflect the limited availability of jury trials and court appearances in this District in light of the pandemic.

　　　SO ORDERED.

Dated: February 9, 2022
New York, New York

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　JOHN F. KEENAN
　　　　　　　　　　　　　　　　　　　　　United States District Judge