UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
        U.S.A.

        -V-

        Samerson

--------------------------------X

#22 CR 73 (JFK)

The arraignment is set for Tuesday, February 22, 2022 at 11:15 a.m. before Judge Keenan, in person, in Courtroom 20-C

SO ORDERED.

Dated: New York, New York

2-14-22

/s/ John F. Keenan
JOHN F. KEENAN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2-14-22