UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
        U.S.A.

        -V-                            #22 CR 73 (JFK)

        Samerson

------------------------------X

The arraignment set for Wednesday, February 23, 2022 at 11:30 a.m. ( before Judge Keenan) has been cancelled.  The arraignment is referred to the Magistrate Judge on duty. An initial conference (before Judge Keenan) is set for March 15, 2022 at 11:30 a.m. in Courtroom 20-C,

SO ORDERED.

Dated: New York, New York

2-23-22                    /s/ John F. Keenan
                           _____
                           JOHN F. KEENAN
                           United States District Judge