UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
        U.S.A.

        -V-                      :            #22 CR 73 (JFK)

        Samerson

----------------------------------X

The conference is adjourned from March 15, 2022 to Thursday, March 17, 2022 at 11:00 a.m., in person, in Courtroom 20-C. The time between March 15 and March 17, 2022 is excluded.

SO ORDERED.

Dated: New York, New York

3-15-22

*John F. Keenan*
JOHN F. KEENAN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3-15-22