UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
       U.S.A.

       -V-

       Samerson

------------------------------X

#22 CR 73 (JFK)

The conference is adjourned from March 17, 2022 to Wednesday, March 23, 2022 at 11:30 a.m., in person, in Courtroom 20-C.

SO ORDERED.

Dated: New York, New York

3-16-22

*John F. Keenan*
JOHN F. KEENAN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-16-22