UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
         U.S.A.

         -V-

         Samerson

--------------------------------------X

#22 CR 73 (JFK)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4-19-22

    The defense application to adjourn the April 26, 2022 conference is granted (see Document #16). The conference is adjourned from April 26, 2022 to May 26, 2022 at 11:30 a.m., in person, in Courtroom 20-C. The time between April 26 and May 26, 2022 is excluded.

        SO ORDERED.

Dated:  New York, New York

4-19-22

                               JOHN F. KEENAN
                        United States District Judge