```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-19-22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
          U.S.A.

           -V-

      Samerson

------------------------------X

#22 CR 73 (JFK)

The plea in this case, set for May 26, 2022 at 11:30 a.m., will be handled by Judge Preska in Courtroom 12-A, 500 Pearl Street, New York, NY 10007.

SO ORDERED.

Dated: New York, New York
       5-19-22

_____
JOHN F. KEENAN
United States District Judge