USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-24-22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
        U.S.A.

        -V-

        Samerson

------------------------------X

#22 CR 73 (JFK)

The conference, set for June 30, 2022, has been rescheduled from 11:15 am to 12:30 pm in Courtroom 20-C

SO ORDERED.

Dated: New York, New York

6-24-22

JOHN F. KEENAN
United States District Judge