EXHIBIT A

REDACTED

# EXHIBIT B

Honorable Judge Nathan:

First and foremost thank you for allowing me the chance to express myself to you. I'm not going to be unrealistic and act like I'm an angel or that I didn't know what I was doing was wrong. This letter is not for that. However, I would like to explain to you why I did these things. I regret what I did. I'm not just sorry because I'm locked up, I am sorry for the impact my actions had on the victims.

I think that time period from my 19th birthday last year all the way to the time I got locked up was the darkest and lowest I've ever been. This was all despite the fact that I have a lot of help and support around me from my parents and my peers who work in music and fashion. I should have stayed patient and got back on the route I was once on. I went to an art school in the city that might have landed me in Paris, but instead I took the route of an addict and spiraled out of control. It was a point in time when I loved drugs more than myself, my family and everyone that should've come first. I thought my loved ones were my enemies. It's crazy because my parents had been telling me they saw it coming, but I'd yes them to death and then walk outside and do the complete opposite of their advice.

I've spent these last few months beating myself up because I know better. I still can't believe that I actually did these things. Honestly, I'm glad I was arrested – otherwise, I would've kept spiraling. I needed to get locked away to understand myself and become comfortable again in a sober mind. Before getting locked up I was using LSD, coke, codeine, ecstasy, Xanax, and anything that made wrong feel right, and of course instead of fixing the wrong I took the numb route. Trying to convince myself I'd be okay. I don't even remember when things got so bad or when I started to turn into this person.

I want help, I know I need help. Here I can't run, can't numb. I have to sit in my mind and face it, I'm happy that's the circumstances so things can actually change. I'm tired of being depressed and not being able to look in the mirror. I want to be able to be proud of what I do, be able to look down at my daughter and see her smile at me because I'm a good father. My problem is drugs. I did this to get drugs and to get some money for my daughter; but I wouldn't have been so far behind if I wasn't using. I ask that you please give me some help and a sentence that sets me free, spiritually and mentally.

After my arrest I cooperated with the prosecutors and told him about four robberies I committed that they didn't know about, because I truly wanted to come clean and make this something of my past. Multiple people told me I'm stupid for that but I don't see it that way. I have a 3-year-old who hasn't had the best father. I want her to see her father as someone who takes responsibility for his actions. ▓▓▓▓ needs her father to guide her through this world and show her how to be a woman of honor and integrity.

This experience has opened my eyes and I am disgusted with my actions. I want more memories being proud of myself than I do being ashamed. This time away from drugs has given me the time I needed to think. This case is probably the reason I'm still alive. I almost died multiple times of drug overdoses, and my mom had to send me to rehab in West Palm Beach, Florida. At the same time, getting myself put in jail is a waste of time and I don't have any more time to

waste. I've never done anything like this ever and I don't plan on ever doing it again, I swear that if you ever see me here again you can impose any sentence you want on me. That's how determined I am not to come back.

I have been thinking a lot about my future when I come home. I am planning to earn my OSHA certificate once I am designated so I will be able to find a job in construction as soon as I am released. I have also been studying for my GED – my longer-term plan is to earn that and go to college to study architecture. Also, I am planning to complete whichever drug treatment programs are available inside to I can continue to remain sober. And I hope to be able to rent an apartment in Brooklyn with ███ and her mother soon after I am released, and to be a positive presence in both of their lives moving forward.

Thank you for the chance to explain myself to you and I ask that you please show a bit of leniency. This is my first and last felony.

Sincerely,

Corey Samerson

# EXHIBIT C

Louise Samerson

████████████

Brooklyn, NY 11236

Honorable Judge John F. Keenan
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Dear Judge Keenan

Please allow me to introduce myself: my name is Louise Samerson and I am the mother of Corey Samerson. I am writing this letter of support for my son as you make your decision for his sentencing at the end of this month relating to his guilty plea.

Currently, I am an Office Manager at NYU Langone Health. I have a Master's Degree in Public Administration and employed at the health center for nineteen years. In this management role, I am responsible for Rehab Psychology and Occupational Therapy Departments. I love what I do. I love being an advocate for patients and their families to ensure that they receive quality healthcare. Most importantly, I enjoy watching patients go through the various stages of recovery. In my spare time, I am a Praise and Worship Leader at Christian Cultural Center Brooklyn Camp.

I migrated to United States at six years old from Grenada, West Indies.  My parents are both retired and moved back to the Caribbean. My mother was a nurse and my father a mechanic for the New York City Police Department. I grew up in a private home surrounded by family who supported me in all my endeavors.  Like most family, we had our fights but at the end of the day, we loved each other. My parents taught me the way of the Lord, to respect my elders and to be law-abiding.

I did everything right, I got married first and then had my children. My desire was to see them make something of themselves; go to school, get good grades and the sky would be the limit. I understood that college was not for everyone. If my children chose trade school or the armed services. I would have been ok as long as they were doing something positive with their lives. May and June are very hard for me because it is the time of the year where my colleagues and friends are celebrating their children's accomplishments. People are posting graduation pictures on Instagram and Facebook and I have to be silent. Often times I would see old friends and they would inquire about Corey. For a while, I would say, "Oh, he's trying to find himself!" I could not fix my mouth to inform them that my son was incarcerated.

To say I am disappointed would be an understatement.  If I am honest with myself. I would say that my heart is broken. My heart is broken because never in my wildest dream did I think that any of my children would go to jail and I certainly did not expect this to happen twice.

During Corey's time away, our family was there every step of the way. We visited as often as we could. I wrote letters and sent cards for holidays and birthdays. Despite the wrong decisions, my son made I wanted him to know that I loved him. Yes, I am disappointed but I did not want him to feel alone or forgotten.

On several occasions, Corey expressed to me that he did not want to return to Brooklyn. He expressed that it would be difficult for him to return to our community. I informed him that he needed to just lay low and stay clear of the same crowd. I assured him that he would receive assistance with his mental health/drug issues. He often told me that this would be difficult and that he wanted to start his new life elsewhere.  That was all good but I could not think of a place for him to go.

Corey should have done six months in a halfway house before release. However, an open state case delayed his release. I went back and forth with the Bureau of Prisons to no avail. I had to hire a lawyer to resolve this issue. However, due to Covid, there were delays and by the time this situation was resolved he was coming home.

On November 9, 2021, my husband and I arrived at the hotel in Pennsylvania awaiting his discharge. Prior to our arrival, I asked Corey what he wanted for his first meal home. He requested rice and peas with oxtails and a shandy drink. I made sure to get those things and placed it in the refrigerator in the hotel room. My baby was coming home! I barely slept the night.  On November 10, 2021, we arrived at the facility and I proudly announced that we were picking up our son to the guards at the gate. In less than ten minutes, my son was walking to the car. I hugged him tightly and told him how happy I was that he was finally home. We went back to the hotel and spent an additional day of family time. We discussed the expectations going forward. We discussed that although he had made a mistake this did not have to define him. We discussed that all it matters is what he does from that day forward. We purchased new clothing and art supplies since Corey expressed that he wanted to start his clothing line. He showed us his drawings and his plans so we wanted to make sure that he understood we supported him by providing him the tools needed to succeed.

On November 1, we travelled back to New York. We arranged for Corey to see his six-year-old daughter, ████████ She had no idea that he was coming home. When she saw him for the first time, she was overjoyed. His brother Dylan was equally as excited about his brother coming home. Dylan is studying at Morgan State so he was counting the days to come home and be with his brother. Seeing my family reunite brought joy to my heart. I was convinced that Corey would make a complete turnaround if not for himself but for his baby girl.

Later that day, Corey's friends came over. His friends came with clothing, shoes and money to help him get on his feet. I was leery of these friends because we wanted Corey to keep a low profile. News started to spread that he was home and people started popping up. This could not be a good thing. Corey began working on his clothing designs. We made several trips to Michael's Art & Supplies. He expressed that he needed a sewing machine and wanted to take lessons. I purchased the sewing machine and contacted his aunt who is a tailor. I was committed to doing whatever it took to help him succeed.

Corey started smoking several times a day, and I started to observe behaviors from the past. I contacted a social worker friend who works with individuals like Corey. I informed of what was going and that I wanted to notify his probation officer but he convinced me that this plan

was not a good one.  I also had a contact from a friend of an individual who had done thirty years in prison that was willing to help Corey navigate through the challenges of reentering society. Each time I arranged a zoom session Corey was too busy to attend.

Corey is very intelligent, talented and very witty. However, the drugs is a problem. When he starts taking drugs all his plans goes out the window. When he is sober, his charismatic and thoughtful character energizes and impresses people.

I was blind-sided that Friday evening when I pulled into the driveway and nine police officers approached me with paperwork to gain access to our home. Not in my wildest dreams did I think I would be going through this again.  When I think of the events of these recent cases, what was Corey thinking? Why would he do this again and post pictures on the internet? Who does that? I was upset with myself. I thought about that maybe it was my fault that I did not heed the warning t he gave me regarding returning to Canarsie.  I later learned that he had expressed to one of his friends that he was unraveling and would cry on the phone with her at nights. I wish he had shared this emotional distress with me. Again, I have a child with so much potential.

Judge, there ought to be consequences for Corey's behavior.  I am not in any way trying to justify his decisions but Corey needs help. Help that he did not get when he was at MDC or FCI Allenwood because Covid shut down. In my opinion, if released to the halfway house as is the usual protocol we would have been able to gauge what he needed. My relative criticized me for having too much faith in the judicial system.  However, I cannot fathom that this system locks up young men and leave them to fend for themselves!  Judge, I get it, Corey has to want assistance but in my opinion he does not have the tools to deal with his mental and drug issues on his own.

Judge, I am asking that you do not send my child away for a long period. I am asking that you find it in your heart to be lienant and that we can work together to find a suitable program for Corey. I am convinced that with the proper program he can be a productive and law abiding citizen going forward. He has and will always have my full support. However, my support s needs to be enhanced with rehabilitation services while he is incarcerated. By having such he would have a greater likelihood to exit, the prison system with a skill set that would allow him to function as a positive contributor to society. I believe, the nature of his addictive process requires mental health initiatives that will offer an awareness and an understanding of the detriments of addiction. In my consultation with a neuro psychologist and with the knowledge of my son's innate character. I believe weekly mental health both individual and group therapy would help Corey to better facilitate strategies to maintain a healthy physical and mental state while in prison. As you know, addiction is mental than physical. Research has shown that when individuals are given appropriate mental health care the likelihood of recidivism is significantly reduced. I believe when sentencing it may be helpful to require that Corey attends these sessions so that he can learn the strategies necessary for positive life functioning. While one cannot guarantee that this will prevent future failure, without such, failure is almost guaranteed.

Sincerely,
Louise Samerson

# EXHIBIT D

John Samerson
█████████████
Brooklyn, NY 11236

**Honorable Judge John Keenan**
**United States District Judge**
**Thurgood Marshall United States Courthouse**
**40 Foley Square**
**New York, NY 10007**

Dear Judge Keenan,

My name is Dr. John Samerson. I am the father of Corey Samerson. I am writing this letter of support for my son as you make your decisions for his sentencing related to his guilty plea for the federal crimes that he has committed.

Please permit me to introduce myself to you as a medium for you to get to know my son's background and to view him in a different light. I have been an educator for the last 37 years of my life. I currently serve as an elementary school principal in the NYC Public School System and previously served as a middle school teacher and principal. Throughout this entire period, my primary goal is geared towards providing the students entrusted in my care with the highest quality of education. My ultimate premise is to empower them to do their best and become productive citizens in society. This is the premise by which I do my job on a daily basis even as I guide and support my staff in the daily execution of their duties. They are often reminded that "they must treat every one of these youngsters sitting in their classroom everyday as if they were their own children or grandchildren. They must give them a fair chance to make the free choice of becoming a qualified professional." Having said that, these expectations are the same principles that I extended to raising my own children. I can proudly say that my son Corey was the first to experience the luxury of being educated in a home where education stand first and foremost as a priority for what we did on a daily basis.

My longstanding desire to raising my own children and continue serving the nation's children not only stayed within the walls of the public school but extended into the tertiary level of the educational sphere. In my commitment to ensure that every youngster has a fair chance to be taught by a qualified teacher, I also teach young, prospective teachers on the college level to become passionate and caring teachers. As a college professor and a school administrator, they get the "real deal." I use this forum to train them on what it takes to truly become a teacher or they can change their minds very early and consider another career option.

This quest to serve young people, also extends into the broader community. I serve as the president of a community-based organization where we have a strong pledge and commitment to support the education of the youths. As a result, we have a series of yearly scholarships in place to provide financial support for their secondary and tertiary education. These programs have

become one of my brainchild within the organization and have served many young people on their professional and career path.

Having said all of this as it relates to education, my background and community support, I am experiencing great sadness, shame, embarrassment, regrets, confusion, frustration, disappointment, but also a sense of hopefulness as I prepare this letter of support for my son. I was convinced that Corey was going to be an exceptional by-product of my work in these various domains that I mentioned. I remembered when Corey was born; I was the happiest and proudest young man in Brooklyn on that given day. I experienced so much joy and happiness because there was something special about him that motivated me to work harder and aspire to do the best for children. It was a personal investment for me because now I had a son who was going to be part of this new wave of young learners and the future generation of well-educated scholars. Corey was and still is my inspiration for that educational fire burning in me. I am aware of his potential, and I still have hopes that he will eventually use them to facilitate positive outcomes within the broader community.

For the first 19 years of Corey's life, this educationally driven premise under which I operate was inculcated in him. He was taught from a tender age that having a high quality of education is the key to success because it can open many doors to opportunities. He attended all my graduations, which included my undergraduate and graduate ceremonies so that he sees the significance of education. As a child, we read to Corey and his brother every night. This allowed him to gain critical literacy skills whereby he became an avid reader and learner at an early age. This thirst for learning made him very curious about everything in his surrounding but served as a motivation to enhance his learning. As a result, Corey was identified as having the characteristics of a gifted child. He was then tested and began attending a gifted program from pre-k all the way to middle school. Not surprisingly, throughout his entire elementary and middle school years, Corey excelled in his studies. Corey's math, writing and artistic skills were exceptional, and his work was often used by his teachers as a model for the other students to follow. As his father, I was so proud of him and boasted to my friends and colleagues about Corey's accomplishment.

Upon graduating middle school, Corey auditioned for a specialized high school, The High School of Art & Design in Midtown. This was geared towards supporting and fostering his creative and artistic skills as well as his desire to get into the field of architecture or the fashion industries. Again, within the first year of Corey's work at this high school, he was exceptional. However, as any growing teenager, at some point within this circle, he became distracted and lost focus on success and doing what he set out to do. Basically, he started lagging behind and not being as educationally motivated posed a very big challenge for him. School was no longer a priority for him. He often complained about being bored and needed to be in a different setting. As a result, he started smoking marijuana, drinking and hanging out with friends who were not the kind of support that he needed at the given time. This certainly led to events where he ended up being incarcerated for the first time.

In retrospect, however, as I reflect on the current state of affairs related to Corey's newest situation, I am equally hurt, distressed and very disappointed that we have to go through this process for a second time. I so wish that I could change the dynamics of this period of his life, turn back the hands of time, or do something differently to have outcomes that are more positive.

On November 10th, 2021, when Corey was released from the federal prison, I felt like he was born again. The experience brought back feelings of the day when he was born. There was so much happiness and joy finally being able to hug my son after 4 years of being away from the family. Most importantly, the reunification with his 6-year-old daughter ███ was the highlight of his release. I made the commitment to support him by any means necessary so that he would not have to return to this system especially as we visited him regularly and we discussed his unfortunate experiences of being locked up. He complained that it was even more difficult for him since he did not get the kind of systematic help that he needed and was entitled to within the prisons such as drug treatment, counseling, other rehabilitative, educational and social-emotional support because of the COVID-19 restrictions and lockdown.

Therefore, my goal was to ensure that we do things differently by picking up the pieces, fuel, and foster his passion for the arts and making it a profitable career. This began with spending quality time with him on the day of his release and discussing the expectations and the support that we have in place for him to move forward. We created a new vision to life where he could enjoy his freedom and do the things that he envisioned with a plan and timeline to get them completed. As such, we made the required and regular trips to Michaels and Staples to purchase the materials for him to put into practice his designs from the many sketches that he had. His mom also purchased a sewing machine for him to complete his products and get his dream business off the ground and becoming a reality.

Unfortunately, this new desire for changing the trajectory of his life was short-lived. Corey did indicate that coming back to live with us in Brooklyn may not have been the right choice for him. However, we felt that with such a strong commitment within our family for doing what is right in the eyes of man and God, we will be able to support him and keep him on the right track. Also, we were hoping that with him attending Probation for support and his conditional release, everything will fall in place. Despite these levels of support, Corey became distracted again, and it was very troubling for us when Corey started associating with old friends who were not the best company for him. Certainly, these old friendships allowed him to begin making poor choices again which included smoking, drinking and using and abusing marijuana and other drugs. As imagined, these old friendships and his return to his old habits conflicted with our ongoing parental guidance and support. Thus, here we are today, that he got into more trouble with the justice system.

Although our renewed efforts have failed and Corey made very poor and bad choices which landed him in this situation that he is experiencing today, I want you to see Corey as a wonderful young man who has great characteristics and wonderful potentials. I strongly believe that if he is provided with proper rehabilitative guidance and support as well as drug and mental health treatment, there will be changes in his behavior and choices. I think he will find himself and do

the right things. I must admit that his choices have really brought a lot of pressure and stress on our family as well as lasting embarrassment and shame. However, we truly miss him as part of the family unit. We just wish that when he receives the help that he needs, Corey will come home with a new and positive attitude to life.

Since being incarcerated, Corey has accepted responsibility for his horrible decisions and actions. He has pleaded guilty for the crimes that he has committed and is willing to accept the consequences for his actions. However, I am begging for mandated support to be in place for him.  Knowing my son, I am convinced that he has an internal obligation and desire to change. Again, I have seen a new side to my son for the last 7 months that he has been locked up.

Therefore, as you make the decision to hand down your sentence, as his disappointed and grief-stricken father who is committed to continue providing Corey with support and guidance, <u>I make a special plea to you. I beg for your leniency within the limits of the law by which you are guided and in your own way within your powers.</u> This will provide Corey as a 23-year old young man with an opportunity to repair his wrong and rejoin our family and society as soon as possible.

In addition, his quick return home will certainly bring joy and happiness to the family, including his 6-year old daughter, ███ who needs to be raised by her father and not only her grand-parents. I can assure you that Corey has learned his lesson and he is committed to change and begin true transformation. Please give him another chance to be that fashion designer, architect, creative artist, business entrepreneur or whatever he chooses to do as he will pick up the pieces and fulfill his dream. <u>I am assured that I do not have a career criminal as my son but a young man who will use his mistakes to turn around and do great things to benefit our society as we provide him with the appropriate medium to do so.</u>

Thank you very much and look forward to your consideration on this matter.

Sincerely,

_____
Dr. John Samerson
Corey's Dad

# EXHIBIT E

Honorable Judge John F. Keenan
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

August 21, 2022

Dear Judge Keenan,

My name is Crystal Peters. I am the first cousin of Corey Samerson. Our mothers are twins and
we were raised more like siblings. I am writing this letter of support for my cousin as you make
your decisions for his sentencing related to his guilty plea for the crimes that he has committed.

Please allow me to briefly introduce myself and provide context for the lens through which I
view my cousin Corey. I am a 31-year-old Attorney and Entrepreneur.  In my time as a public
defender, I provided representation in frequently litigated landlord-tenant disputes in Housing
and Supreme Court. I managed an active caseload with a wide range of civil legal issues while
also providing advice and support to the other assigned counsel units. For instance, where a
criminal case threatened to impact a client's housing or employment, I advised our criminal
defense attorneys on the implications of collateral civil consequences and crafted a criminal
disposition that eliminated or minimized the impact. As such, I am no stranger to the law.

The impact of the law on the lives of loved ones drives the passion with which I tackle my
responsibilities daily. I have spent my life working at the intersection of criminal justice and
civil rights, and deeply regret having to write a letter such as this one for someone so dear to me.
I was the first grandchild in my immediate family, and the first niece to my aunt and uncle. As an
only child, I waited eight long, lonely years for some company. I eagerly anticipated the birth of
my first cousin and when Corey entered the world, I rose to the occasion with a cheerful
readiness. Ready to serve as a big sister-cousin, ready to teach, ready to learn, ready to explore
the world together with my new companion. Corey and I have always had a special relationship.
I frequently visited his home on weekends and we sang, danced, watched movies, and travelled
often together. More importantly, I took great pride in my role as his confidant. He spoke
candidly with me about the difficulties he had in school and the observations he made of his
evolving family dynamic. Corey struggled to accept his parent's marital issues and sought my
help with navigating a tumultuous household. He was aware that I experienced similar familial
challenges, and although my parents ultimately divorced, he and I were able to bond over this
recurring issue in his life. There was, and still remains, a mutual love and adoration for one
another. Corey Samerson is by far the smartest, most talented individual I know.

Even as I continue to expand my network and have joined the ranks of esteemed legal
professionals, I still wholeheartedly believe in Corey's brilliance and talent. His creativity is
beyond belief. Corey has a keen eye for fashion; whether dressing himself or others, the way that
he expresses himself through design and production is unmatched. He is also a skilled artist,
whether drawing, painting, or performance art. Like many others in our family, he is a talented
singer and would make a remarkable recording artist. My words will always fall short whenever

I attempt to describe the many talents he possesses. His look books, portfolios and recorded music are the most salient examples. I was only recently reminded of this: shortly following his release last year, we had a date where we spoke at length about his incarceration experience, his present aspirations, and plans for the future. Corey seemed more determined than ever to pursue his dream of presenting his own fashion line. He shared over 50 sketches that he'd been working on over the years and I was blown away by precision, clarity and quality of his designs. In addition to his natural-born artistic talent, his foresight was what I found most impressive. He had a cohesive vision for his line and subsequent collections. Corey shared an idea with me for a design and had produced a sample in less than 24 hours. He knew the equipment and technology required, which stores to source the best fabrics from, the models he intended to hire, and the muse from which he would gain inspiration. He seemed unstoppable, in the most inspirational, beautifully redemptive ways possible. I was so blown away by his plans that we even discussed going into business together. I had just decided to leave my legal practice to start my own fashion career and we were excited to embark on a new purpose-driven path, together. I was *stunned* when I learned that he had found himself in trouble again. This was not the person that I'd become reacquainted with. To this day I am still struggling to make sense of it all.

For as long as I can remember, Corey has had the odds stacked against him. Despite his capabilities, he has yet to find a place for him to not only survive, but to thrive. He has always longed for an environment where his emotional needs are met and his talents nurtured. While he hasn't always made the best choices, he is a genuinely kind person who is misunderstood by the world around him. He fully intends to create something bigger than himself with sufficient guidance and support. Corey has limitless potential and a community that has painfully reckoned with their own shortcomings. In reading these letters, I am sure you may wonder how someone with such great resources and connections could wind up in this predicament.  Despite our collective professional accomplishments, Corey's rebellion may have dissipated sooner if we - all of the principals, educators, lawyers, and relatives in his life - heard his cries as something other than teenage angst. At some point, I stopped trying to understand his pain and grew resentful towards him due to the manner in which he expressed his pain.

Nevertheless, I believe in the power of redemption. I will never give up on him because I believe him. Corey's life would be drastically benefitted from substance abuse and mental health treatment.

I make a special plea to you for leniency within the confines of the law. Thank you so much for your time and consideration.

Sincerely,

*Crystal Phillip-Peters*
Crystal Peters, Esq.

# EXHIBIT F

Dear Judge John F. Keenan,

My name is Tydell Brown. I am a recording artist and musician based in Brooklyn. Corey Samerson is my friend and like a brother to me.  He is one of very few individuals I've crossed paths with on this journey of life with an undeniable 1000% infinite potential. Both hailing from Canarsie, Brooklyn and both being from Caribbean households it was inevitable that we were bound to link and become friends.

I remember I first met Corey when we were 14, we got along right away because we were some of the only people we knew who were always trying to get out of the neighborhood and explore the city. We used to get on the L train together to go to SoHo and the East Village to try on clothes and go to shows and museums. Whether it was fashion, music, spirituality or ancient knowledge, Corey's appreciation for life and its possibilities have always been vast and prominent. For example, in his spare time not only can Corey pen/ draw hundreds of collections for his clothing line, but also he's musically gifted and able to freestyle recite thousands of songs without writing down a single line, effortlessly filled with other worldly content and intellectual substance. Some of my favorite memories with Corey are him and my family at my high-school graduation with my entire family, sharing stages with him (and our music group) around NYC and the country performing our music for numerous crowds. When we were just 18, we opened for Nas at the Brooklyn Hip-Hop Festival, and we got interviewed by BET and Tidal afterwards.

What hurts most is unfortunately the fact lost time is gone forever, and that all of the moments my brother is spending without his freedom could be countless new memories/ accomplishments made with his loved ones and for his future. None of us are perfect and in fact I truthfully empathize with Corey's pain, perception, and experience of our given conditions as young black men from heavily policed and violence infested communities. I sympathize with the pressures he faced when he got home last time, because I know what our neighborhood is like. So many people are struggling, but they don't show it, instead it's all about looking flashy and pretending like you have everything together. Me and Corey have talked about that and how he has trouble communicating his feelings. When he came home last time, he bottled up all the pressures and negative thoughts he was having and didn't share them with anyone. I had no idea how much he was struggling, and eventually, those feelings came out in a negative way. I know Corey has done a lot of thinking about that, and I know he's trying to get better at talking through his pain when he's feeling it.

Every day I pray for my brother's freedom, happiness, wellbeing, peace of mind and his unbreakable spirit. In addition, I hope new resources and rehabilitation facilities (other than jail or federal prison) can be made available to those in psychological and spiritual need just like Corey. He is a loved son, brother, father, cousin, leader and friend. Many people have their vantage point of his life, but personally he is someone I'll never be able to give up on. Please consider his impact, story, and the community of people that love and believe in him just as much as the multitude of people who have yet to know him as us his loved ones do.

Sincerely,

Tydell Brown

# EXHIBIT G

Dear Judge John F. Keenan,

I am Bryce Edwards a recent graduate of the illustrious Howard University, film major and painting minor born and raised in Brooklyn NY. Over the years Corey has not only been a friend but a brother to me: someone that I can and do call family. I met Corey when i was 15 in 2015 through my friend Tydell. Tydell started a rap group before hand that Corey was apart of and I joined this group around that time. From then we grew into brothers hanging out after high school days or on weekends going out to shows or studios sessions or parties. There was a point where we saw each weekly at the least. Corey has always been the lighthearted light that brightens a room. He's always been the one to make you laugh with a joke or the one to create new slang that the group would use to this day. Corey also is very committed to his music, frequently busting out in freestyles off the top his head or singing melodies. I remember a time when I saw Corey as I was coming home from a friends house in Flatbush and we went back to my house and he rapped to beat after beat just off the top of his head adding the occasional melody or hook in between. Corey is someone you could also turn to for advice frequently a provider of wise words when a friend was in a bind. I remember times when I was down financially and he would spur me to get out of a rut and get a job or times when I was struggling with the overwhelming nature of school and he'd encourage me to keep going and get my diploma and later my degree. Corey has a young daughter who we call Special K who he's always been fond of and provided for. As well as a little brother who goes to MSU who he told me to check on being that I was in DC and Baltimore is only a 40min trip. Corey is also very generous letting me borrow various articles of clothing and sneakers throughout the years. Corey has often said he will move from the madness of New York when he is out to his deep roots in the islands or Florida where Special Ks Mom intends to move to. Corey always tells me about his big music plans and video plans as he has detailed albums and tapes he wants to drop as well as starring in my movies some day which I hope to make very soon now being done with school. He has also summoned trade school and construction as possible jobs given the incomes they provide and stable lifestyles they entail. Corey is an all around great young man and I can truly say my life wouldn't be the same if I hadn't met him.
Sincerely,
Bryce

# EXHIBIT H

Honorable Judge John Keenan
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Dear Judge Keenan,

My name is Kiesha Charles. I am currently working at the Department of Homeless Services. I am a longtime friend and currently girlfriend of Corey. We have known each other for almost 8 years now. From the time I met Corey when we were both 15, he has always been a genuine soul to me. No matter how many fallouts we have Corey have never given me a reason to not love him or not care about him. Corey is one of the most creative people I know. He has always been a talented singer, clothes designer and artist, the list can go on. He is multi-talented, and he can do anything he puts his mind too. When I see Corey in his creative mode, he is a whole different person. He locks in and closes out the world around him.  I can see him being one of the top designers in the industry once he starts putting the work in. It was very hard for him to get his business started because he was not financially stable enough to get the materials and the items he needed. It was also hard for him to find a job because of his criminal record because most businesses and companies have this stigma that incarcerated people are just trouble which is completely false. Incarcerated people are regular people who work hard like everyone else.

Corey is someone who puts everyone he loves before himself which can be a downfall because he sees everyone's problems as his own and it makes him suffer mentally thinking about people constantly. No matter where he is mentally, he will never show that around anyone. He will make you laugh, change your day from being bad to great just from him being around. Every time I'm with him I enjoy his presence I forgot about everything and all my problems

because he makes it nonexistent. There's not one time that have been with Corey and he had put me in harm's way. He has always kept me safe and secure. Anywhere we go he never allows me to pay for anything even when I want to. I remember when we were in Harlem and there were two homeless people in the store and instantly, he started dancing and cheering them up. At the end of the night, he asked them what they wanted to eat from the store, and he bought them what they asked for. It's hard to find kind genuine souls in this world like Corey. You never know if those homeless people were contemplating on committing suicide and him dancing with them, making them smile changed their mind on life. One little smile goes a long way for people who don't have what me and you have. Even if Corey was down or depressed, he always made sure when he enters the room everyone smiles or will leave with a smile. And there's so many instances where this happened. I know for sure.

Suffering from anxiety and depression is not easy to deal with from experience. Unless you have experienced it or came across someone who have you will never deeply understand the actions of those who are suffering. When you want to run away from your thoughts it can feel like the only thing to help you in the moment is drugs. It slows down your mind and helps you wash away the pain temporarily. Drugs can be an escape but they also have disadvantages and can turn you into a whole different person, to where you can't even recognize yourself. Being a man, even being a black man in society you sometimes can't express your emotions how you would like to because you will be viewed as weak and not looked up to as a man by the people around you. Especially when you have people looking up to you like Corey. He has a daughter and an older brother who he wants to show that he is a strong man. He wants to be an example to them so therefore he wants to be the best him around them, not him at his worst. Therefore, he will never allow himself to be down around them or even anyone. He hid his emotions and

feelings through drugs because it made the pain go away easily. He wanted people to know that he had it all together.

      Every time we speak on the phone there's not a time he doesn't talk about his future and where he sees himself years from now. He already has an idea of where he wants to live, the steps he must take to get there. He stated that once he gets out he doesn't want to stay in New York because it's a bad influence on him, so he wants a fresh start somewhere else. He knows he will need to start therapy instead of turning to drugs. We speak about our future every time and I told him as long as I'm here I will never have him back here again and I promised him that. I know he will be better this time just from the way he talks. We will all work 10 times harder to get him a job once he gets home and start up his clothing line. I'll always be in his ear like a fly everyday motivating him and encouraging him to keep pushing. He has potential to do so much better.

Sincerely,

Kiesha Charles

# EXHIBIT I

August 13, 2022

Honorable Judge John F. Keenan,

Good day, allow me to introduce myself, my name is Selenah Williams, I'm a 26 year old model, musician, nail technician and CEO of The Nail Fairy Shop, LLC. I like to think of myself as a no-nonsense person; I'm very straight to the point and like to surround myself with people who share the same qualities.

I've known Corey for about six years now and one thing about him that always drew me to him is his work ethic and positive outlook on any and every situation he's been through. As long as I've known Corey he's always been a very sweet and caring person. Just as everyone else, Corey of course has his own life and world to worry about and take care of, yet he always finds himself helping others and being there for the people that mean something to him even if they're not necessarily there for him. And I say that to say this; Corey has been there for me countless times when I was feeling low or just needed to be around someone to distract myself from the depression. There were times where I'd feel like the world was closing in on me and the only person who would not only be there but understand as well encourage me that these feelings don't last forever.

It's almost a rarity to see someone with any amount of work ethic nowadays but Coreys' work ethic is unmatched. Some months ago, he showed me some sketches belonging to a clothing line that he was working on and the designs were so impressive that I offered to help him get them sewn up and marketed. That day he had also spoken with a seamstress regarding bringing his ideas to life and the passion in his eyes and voice while discussing these ideas would melt anyone's heart, you just don't come across people who are passionate about anything anymore, so it's refreshing. Everything that Corey does is with his babygirl in mind, his daughter is his heart and no one can ever say otherwise. His ability to provide is impeccable and he will give his last to provide for his family no doubt about it, I've seen it firsthand. Corey has made mistakes in the past just as anyone else, but where he's different is that he takes accountability and continuously works on himself physically and mentally. I've seen him deep in argument and he has this calming way about him, he doesn't raise his voice, instead he'll hear you out and respond like somewhat of a college professor contrary to what many people might think, Corey is a critical thinker.

Some of his future plans include finalizing his clothing line and moving to an area where he can freely be the creative that he truly is. I'll be here to assist him with his clothing line as well as taking sure he keeps his head on straight, because we all need someone in our corner to help us mentally and morally. After all, as many times as he's been there for me, I would be messed up to not be there for him during and after his case is completed. Corey is one of the smartest people I have the pleasure of knowing and I hope that this letter allowed you to visualize some of his greatest qualities.

 Sincerely yours,

Selenah Williams

# EXHIBIT J

August 14th

Honorable Judge John F. Keenan
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

Dear Judge Keenan,

I have known Corey Samerson for nine years and as long as I've known him he has been a meaningful part of my life. He has a one of a kind talent as a recording artist, fashion designer, and creative curator for many different projects in the local scene. He is also an incredible father to his daughter and an impactful member of his family. He is very charismatic and a gentle, joyful person and people who know him feel that. As a close friend of his I have been aware of his mental health and drug use and I have seen the effects it has had in his personal life. I can whole heartedly claim that he is not a bad person and that these poor choices are not a reflection of his true character but rather a reflection of his troubled mind. He needs proper physiological help and assistance in battling these addictions. He is a pillar in his daughter's life and they both thrive from each other's presence. Ever since we were young he was the type of person to split his food with everyone who didn't have food or money to eat. He has a pure heart and it is a shame the resources available did not effectively support him in his mental challenges. This has been something he had dealt with since young and I believe his charismatic personality masked these issues and I believe that's the reason it has barely been addressed in a real concrete, helpful way. He has a very supportive immediate family as well as a broad network of friends who care deeply for him. There must be a way that he can get mental help without spending time away from his daughter.

Sincerely,

Jeremiah Heidebrecht

# EXHIBIT K

Honorable Judge John F. Keenan
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

Dear Judge John F. Keenan

Corey Is one of the most intelligent and creative individuals I have ever met in my life. It would really be devastating to keep him away from the world again. I feel as if Corey can accomplish anything positive that he puts his mind to. All he has to do is assert himself and I have seen him do it many times. He is a great father always there for his daughter and talking about how he can be better for her. For the time I had seen him ninety percent of the time he was with his daughter catering to her every need. Corey is a real and true person with feelings and a good heart. Often at times we can let dark times or the situation that our environment has put us in takes the best of us but that doesn't make us who we are. I believe that he has way more to offer in this life and keeping him locked away for years on top of years is a waste of his talents and his life. Corey is an entrepreneur and very innovative and creative. I can see him doing many positive things if just given the chance to.

Sincerely,

Khalif Laster

# EXHIBIT L

Honorable Judge John F. Keenan
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

Dear Judge Keenan

My name is Lincoln Brown, friend of Corey's since 2014. I first met Corey when I was a teenager and one thing I can say about him is that he has always been a light within the darkness that tends to surround our city. Every-time I've seen. Him he has always been positive, progressive, and kind. Corey has helped me through times I wasn't sure I would be able to get through, due to his uplifting disposition. Corey would also buy me essentials I needed, at a point in my life where I didn't have a place i could call a home. Music was also another one of the ways he helped impact my life, as we made music together. Corey is truly gifted and I feel he needs to be free in the outside world to share his gift through his perspective in music.

Kind regards,
Lincoln Brown

# EXHIBIT M

August 14th

Honorable Judge John F. Keenan
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007


Dear Judge John F. Keenan

I am Andre Ortiz a long time friend of Corey. If it wasn't for Corey I wouldn't be alive today. I met Corey back when I was a sophomore in high school. At that time I was very unsure of myself and had little to no confidence. I was a loner and an outcast. I was depressed and felt like the world was against me. Once I met Corey all of those bad thoughts about myself and the world diminished. He was the first person that accepted me for me even when my parents couldn't accept me. He showed me to think positive when times were negative. He welcomed me as a friend with open arms and taught me ways to express myself through art.

Corey is a musical genius and is never shy to teach others about music and expressing yourself through music. He is a kind person and always was supportive towards me. If I didn't have money to buy food he'll always chip in to make sure I eat. If I didn't have money to book a recording session he'll cover the cost of that too. Up until I met Corey I had contemplated taking my own life. Corey showed me the beauty and wonders of life. He was like the angel in my ear speaking life into me. Uplifting is an understatement when describing Corey. At my lowest moment Corey would make me feel like I could always be more in life and be the best at whatever I wanted to do. If he never introduced me to music I would be a goner. I fell in love with music because of Corey. It helped me express myself which relieved a lot of pain and trauma I kept boiled up inside. If I never met him I can assure you I wouldn't be alive today.

He has big plans for his music career. He makes masterpiece albums and has some of the best video concepts for his art. His mind is truly gifted and talented. His soul is generous, loving and kind. He was there for me when my own family wasn't. When I first got kicked out of my house he let me come over to his place so I won't be homeless on the streets at such a young age. God blessed me by making Corey my friend.

Sincerely,
Andre

# EXHIBIT N

Dear Judge John F. Keenan,

I am Bryce Edwards a recent graduate of the illustrious Howard University, film major and painting minor born and raised in Brooklyn NY. Over the years Corey has not only been a friend but a brother to me: someone that I can and do call family. I met Corey when i was 15 in 2015 through my friend Tydell. Tydell started a rap group before hand that Corey was apart of and I joined this group around that time. From then we grew into brothers hanging out after high school days or on weekends going out to shows or studios sessions or parties. There was a point where we saw each weekly at the least. Corey has always been the lighthearted light that brightens a room. He's always been the one to make you laugh with a joke or the one to create new slang that the group would use to this day. Corey also is very committed to his music, frequently busting out in freestyles off the top his head or singing melodies. I remember a time when I saw Corey as I was coming home from a friends house in Flatbush and we went back to my house and he rapped to beat after beat just off the top of his head adding the occasional melody or hook in between. Corey is someone you could also turn to for advice frequently a provider of wise words when a friend was in a bind. I remember times when I was down financially and he would spur me to get out of a rut and get a job or times when I was struggling with the overwhelming nature of school and he'd encourage me to keep going and get my diploma and later my degree. Corey has a young daughter who we call Special K who he's always been fond of and provided for. As well as a little brother who goes to MSU who he told me to check on being that I was in DC and Baltimore is only a 40min trip. Corey is also very generous letting me borrow various articles of clothing and sneakers throughout the years. Corey has often said he will move from the madness of New York when he is out to his deep roots in the islands or Florida where Special Ks Mom intends to move to. Corey always tells me about his big music plans and video plans as he has detailed albums and tapes he wants to drop as well as starring in my movies some day which I hope to make very soon now being done with school. He has also summoned trade school and construction as possible jobs given the incomes they provide and stable lifestyles they entail. Corey is an all around great young man and I can truly say my life wouldn't be the same if I hadn't met him.
Sincerely,
Bryce