UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
           U.S.A.

            -V-                      :           #22 CR 73 (JFK)

        Samerson

------------------------------X

The sentence, set for August 31, 2022, has been rescheduled from 11:00 a.m. to **12:00 p.m.** in Courtroom 20-C.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-29-22

SO ORDERED.

Dated: New York, New York

8-29-22

*John F. Keenan* (signature)

JOHN F. KEENAN
United States District Judge