USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-1-22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

| | |
|---|---|
| UNITED STATES OF AMERICA | **ORDER OF RESTITUTION** |
| - v. - | 22 Cr. 73 (JFK) |
| COREY SAMERSON, <br> a/k/a "Capo," | |
| Defendant. | |

------------------------------------------------------------------X

Upon the application of the United States of America, by its attorney, Damian Williams, United States Attorney for the Southern District of New York, Madison Reddick Smyser, Assistant United States Attorney, of counsel; the Defendant's conviction on Counts Two and Four of the above Indictment; and all other proceedings in this case, and upon the consent of Corey Samerson, a/k/a "Capo," the Defendant, by and through his counsel, Amy Gallicchio, Esq., and upon consideration of the factors set forth in Title 18, United States Code, Section 3664(f)(2), it is hereby ORDERED that:

**1. Amount of Restitution.** COREY SAMERSON, a/k/a "Capo," the Defendant, shall pay restitution in the total amount of $2,300 to the victims of the offenses charged in Counts One through Four of the Indictment. The name, address, and specific amounts owed to the victims is set forth in the Schedule of Victims attached hereto. Upon advice of a change of address, the Clerk of the Court is authorized to send payments to the new address without further order of this Court.

**2. Sealing.** Consistent with Title 18, United States Code, Sections 3771(a)(8) and 3664(d)(4) and Federal Rule of Criminal Procedure 49.1, to protect the privacy interests of victim, the Schedule of Victims attached hereto shall be filed under seal, except that copies may be

retained and used or disclosed by the Government, the Clerk's Office, and the Probation Department, as need be to effect and enforce this Order, without further order of this Court.

Dated: New York, New York
~~August 31, 2022~~
September 1, 2022

SO ORDERED:

_____
HONORABLE JOHN F. KEENAN
UNITED STATES DISTRICT JUDGE