```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------

**UNITED STATES OF AMERICA**

       - against -                     22-cr-73 (JGK)

**COREY SAMERSON,**                       <u>ORDER</u>

              **Defendant.**

------------------------------------------------

**JOHN G. KOELTL, District Judge:**

    The government should respond to the application by **September 8, 2023.** The defendant may reply 14 days after receipt of the government's response. The Clerk is directed to mail a copy of this Order to the <u>pro se</u> defendant and to note such mailing on the docket.

**SO ORDERED.**

**Dated:**    **New York, New York**
              **August 28, 2023**

                                                   /s/ John G. Koeltl
                                                    **John G. Koeltl**
                                       **United States District Judge**