```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

UNITED STATES OF AMERICA

    - against -                              22-cr-73 (JGK)

COREY SAMERSON,                            ORDER

              Defendant.

**JOHN G. KOELTL, District Judge:**

    The time for the petitioner to file a reply in support of his motion for sentence modification was 14 days after receipt of the Government's response, see ECF No. 38, which was submitted on September 9, 2023, and mailed again to the petitioner on October 10, 2023, see ECF No. 39. To date, no reply has been filed. Accordingly, the time for the petitioner to reply is extended to **November 14, 2023.** If the petitioner fails to reply by that date, the motion will be decided on the current papers.

    The Clerk is directed to mail a copy of this Order to the petitioner and note service on the docket.

SO ORDERED.

Dated:    New York, New York
            October 31, 2023

                                          John G. Koeltl
                                   United States District Judge