UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

    - against -　　　　　　　　　　22-cr-73 (JGK)

COREY SAMERSON,　　　　　　　　　　ORDER

               Defendant.

**JOHN G. KOELTL, District Judge:**

    In response to the defense motion, ECF No. 46, the Court is contemplating a reduction in the defendant's sentence pursuant to the retroactive application of the status history point reduction provision of Amendment 821 to the United States Sentencing Guidelines. The Government should provide notice to any victims so that they can be heard personally or in writing prior to any resentencing. The Government should advise the Court by **March 8, 2024,** whether any victims wish to be heard orally. If any victims wish to submit any views in writing, any such written submission should be made by **March 8, 2024.**

SO ORDERED.

Dated:    New York, New York
            February 14, 2024

                                              John G. Koeltl
                                   United States District Judge