AO 247 (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)  Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Corey Samerson | ) | Case No: 22-cr-73 |
| | ) | USM No: 76141-054 |
| Date of Original Judgment: 08/31/2022 | ) | |
| Date of Previous Amended Judgment: | ) | Amy Gallicchio |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of **84** months **is reduced to 70**.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

```
The original Guideline Sentencing Range was 77 to 96 months. The original offense
level was 22, and the criminal history category was V based on 10 criminal
history points. See Sentencing Tr. at 14; Presentence Investigation Report at 4,
11. The criminal history category included 2 points because the defendant
committed the offense while under a criminal justice sentence. As a result of
Amendment 821, only 1 point is added because the defendant committed the offense
while under a criminal justice sentence and had at least 7 other criminal history
points, see U.S.S.G. § 4A1.1(e), reducing the defendant's criminal history points
to 9, criminal history category to IV, and reducing the Guideline Sentencing
Range to 63 to 78 months. The Court has therefore considered the 18 U.S.C. §
3553(a) factors and determined that the defendant's sentence should be reduced
principally to 70 months' imprisonment, a sentence that is sufficient but no
greater than necessary to take into account the sentencing factors in section
3553(a)(2).
```

Except as otherwise provided, all provisions of the judgment dated **08/31/2022** shall remain in effect.

**IT IS SO ORDERED.**

Order Date: **3/13/24**

Judge's signature

JOHN G. KOELTL, U.S.D.J.
*Printed name and title*

Effective Date: _____
*(if different from order date)*